# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 24-8047

Atlas Data Privacy Corporation et al., vs. Labels & Lists, Inc. et al.,

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Labels & Lists, Inc.

Indicate the party's role IN THIS COURT (check **only** one):

- [✔] Petitioner(s)
- [ ] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name: Ryan J. Cooper

- [✔] Mr.
- [ ] Ms.
- [ ] Mrs.
- [ ] Miss
- [ ] Mx

Firm: Cooper, LLC - Counselors at Law

Address: 108 N. Union Ave., Suite 4

City, State, Zip Code: Cranford NJ 07016

Phone: 908.514.8830 x101    Fax:

Primary E-Mail Address (required): ryan@cooperllc.com
Additional E-Mail Address (1): renier@cooperllc.com
Additional E-Mail Address (2): tom@cooperllc.com
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/Ryan J. Cooper

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020