**COOPER, LLC**
COUNSELORS AT LAW

Cooper, LLC
108 N. Union Ave., Suite 4
Cranford, NJ 07016
t: 908.514.8830 x101

Ryan J. Cooper, Esq.
ryan@cooperllc.com

March 20, 2025

**VIA CM/ECF**
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    *Atlas Data Privacy Corporation et al. v. Labels & Lists, Inc.*, **No. 24-8047**
          *Atlas Data Privacy Corporation et al. v. Labels & Lists, Inc.*,
          **(D.N.J. No. 1:24-cv-04174)**

Dear Clerk of the Court:

    This firm, along with Stoel Rives LLP, represents Petitioner/Appellant Labels & Lists, Inc. ("L2"). Pursuant to the Court's Order granting L2 permission to appeal under 28 U.S.C. § 1292(b), I write to confirm that L2 has paid the docketing and filing fees to the United States District Court for the District of New Jersey (Receipt No. ANJDC-16105410). I thank the Court for its time and attention to this matter.

Respectfully submitted,
*/s/Ryan J. Cooper*
Ryan J. Cooper