

David Sellinger
Tel 973.360.7900
Fax 973.301.8410
Sellingerd@gtlaw.com

March 20, 2025

**VIA ECF**
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:   *Atlas Data Privacy Corp, et al. v. GoHunt LLC, et al.*
      **No. 24-8047 (Civil Action No. 1:24-cv-04380-HB)**

Dear Clerk of the Court:

This firm represents Appellants GoHunt, LLC, GoHunt Management Holdings, LLC and GoHunt Management Holdings II, LLC ("GoHunt") in the above-referenced matter. Pursuant to the Court's Order granting GoHunt permission to appeal under 28 U.S.C. § 1292(b), we write to confirm that GoHunt has paid the docketing and filing fees to the United States District Court for the District of New Jersey (Receipt No. ANJDC-16105698).

We thank the Court for its courtesies and consideration of this matter.

Respectfully submitted,

*/s/ David Sellinger*
David Sellinger

cc: Counsel of record (via ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
*  OPERATES AS
   GREENBERG TRAURIG MAHER LLP
+  OPERATES AS
   GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞  OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^  A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA USA
¤  OPERATES AS
   GT TOKYO HORITSU JIMUSHO
~  OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7915 ■ Fax 973.301.8410