

**BALTIMORE**
10075 Red Run Boulevard
Suite 401
Owings Mills, MD 21117
(443) 378-4900

**FREDERICK**
10 North Jefferson St
Suite 200
Frederick, MD 21701
(240) 220-2415

**BETHESDA**
7315 Wisconsin Avenue
Suite 400
Bethesda, MD 20814
(240) 220-2415

H. Mark Stichel, Esquire
hmstichel@RKWLawGroup.com
Direct Dial: (443) 379-8987

March 20, 2025

***Via ECF***
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

　　　　RE:　*Atlas Data Privacy Corp, et al. v. eMerges.com, et al*
　　　　　　No. 24-8047 (Civil Action No. 1:24-04434)

Dear Clerk of the Court:

　　This firm represents Appellant eMerges.com in the above-referenced matter. Pursuant to the Court's Order granting eMerges.com permission to appeal under 28 U.S.C. §1292(b), we write to confirm that eMerges.com has paid the docketing and filing fees to the United States District Court for the District of New Jersey (Receipt No. ANJDC-16105805).

　　We thank the Court for its courtesies and consideration of this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ H. Mark Stichel*
　　　　　　　　　　　　　　　　　　H. Mark Stichel

cc: Counsel of Record (via ECF)