# Ballard Spahr LLP

1735 Market Street, 51st Floor  
Philadelphia, PA 19103-7599  
TEL 215.665.8500  
FAX 215.864.8999  
www.ballardspahr.com

Michael Berry  
Tel: 215.988.9773  
berrym@ballardspahr.com

March 20, 2025

*By Electronic Filing*

Office of the Clerk  
United States Court of Appeals for the Third Circuit  
21400 U.S. Courthouse  
601 Market Street  
Philadelphia, PA 19106-1790

Re: <u>Atlas Data Privacy Corp. v. Thomson Reuters Corp., et al., No. 24-8047</u>

Dear Clerk of the Court:

In accordance with the Order and Notice entered by the Court on March 18, 2025 granting the Petition for Permission to Appeal in the above-referenced case, please accept this letter as written confirmation that the appellate filing fee of $605 was paid by Defendants-Petitioners Thomson Reuters Corporation, Thomson Reuters Canada Limited, Thomson Reuters Enterprise Centre GmbH, and West Publishing Corporation to the U.S. District Court for the District of New Jersey on March 19, 2025, receipt number CAM143154.

Respectfully yours,

Michael Berry

MB/la

cc: Counsel of Record (via ECF)