

**Jason A. Spak, Esq.**
**Partner**
6360 Broad Street #5262
Pittsburgh, PA 15206
Direct: (412) 401-2000
jason.spak@fisherbroyles.com

March 20, 2025

**VIA ECF**
PATRICIA S. DODSZUWEIT, CLERK OF COURT
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

> Re:    *Atlas Data Privacy Corp, et al. v. Innovis Data Solutions, Inc., et al.,* No. 24-8047
>        (District of New Jersey No. 1:24-cv-04176)

TO PATRICIA S. DODSZUWEIT, CLERK OF COURT:

I represent Defendant-Appellant Innovis Data Solutions, Inc. in the subject matter.  On March 18, 2025, the United States Court of Appeals for the Third Circuit entered an Order which granted Innovis's joint petition leave to appeal and directed it and all other joint appellants to, within five days, pay a separate $605 docketing and filing fee to the United States District Court for the District of New Jersey and "**notify the Court of Appeals in writing when the filing and docketing fees have been paid.**"  ECF 90-2 (emphasis in original).

Please take notice that earlier today, March 20, 2025, I called the United States District Court for the District of New Jersey, paid the $605 filing and docketing fee by credit card, and was told that the payment had been accepted and that a receipt would be sent.

If you or your office have further questions, I stand ready to respond.

Respectfully,

Jason A. Spak

cc:    Counsel for all parties (via ECF)

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS | DENVER | DETROIT | HOUSTON | KANSAS CITY | LAS VEGAS | LONDON | LOS ANGELES | MIAMI | MILWAUKEE | NAPLES | NEW YORK | PALO ALTO | PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON, D.C.