Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Stephanie L. Jonaitis**
D 609.951.4212
Stephanie.Jonaitis@troutman.com

March 20, 2025

**Via Electronic Filing**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:   *Atlas Data Privacy Corporation, et al. v. Deluxe Corporation, et al.*, No. 24-8047
      (on appeal from Civil Action No. 1:24-4080-HB)

Dear Sir or Madam:

This firm represents defendant Deluxe Corporation ("Deluxe") in the above-referenced matter. In accordance with the Order and Notice entered by the Court on March 18, 2025 granting the Petition for Permission to Appeal (*see* Document 22-1 and 22-2), please accept this letter as written confirmation that the appellate filing fee of $605 was paid by DM Group to the U.S. District Court for the District of New Jersey on March 20, 2025. A copy of the payment receipt is enclosed herewith for the Court's convenience.

Respectfully submitted,

*/s/ Stephanie L. Jonaitis*

Stephanie L. Jonaitis
Enclosure



# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 20, 2025 2:10PM

STACEY JOYCE
600 PEACH TREE ST
STE 3000
ATLANTA , GA 30308

Rcpt. No: 51681                    Trans. Date: Mar 20, 2025 2:10PM                    Cashier ID: #BaKe (5129)

| CD  | Purpose                    | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|----------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                  | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

**Comments**: NOTICE OF APPEAL 24-4080

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.