

KEVIN R. REICH
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4755 Fax: (973) 639-6206
kreich@gibbonslaw.com

March 20, 2025

**VIA ECF**

Office of the Clerk
United States Court of Appeals
  for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania  19106-1790

      Re:    *Atlas Data Privacy Corp., et al. v. Equimine, Inc., et al.*, **No. 24-8047**
            **(on appeal from Civil Action No. 1:24-4261-HB (D.N.J.))**

Dear Sir or Madam:

     This firm represents defendant-appellant Equimine, Inc. ("Equimine") in the above-referenced matter. We write to confirm, in accordance with the Order entered by the Court on March 18, 2025 (ECF No. 90), granting the joint petition to appeal, that Equimine paid today the $605.00 docketing and filing fees to the United States District Court for the District of New Jersey (receipt number CAM143171).

                                      Respectfully submitted,

                                        *s/ Kevin R. Reich*

                                      Kevin R. Reich

cc:     Counsel of Record