

4 Paragon Way • Suite 100
Freehold NJ • 07728
(732) 414-0300 • Fax (732) 431-4043

WWW.LOMURROLAW.COM

**Eric H. Lubin**　　　　　　　　　　　　　　　　　　　　elubin@lomurrolaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Direct Dial (732) 414-0311

March 20, 2025

**BY ECF**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

```
Appeal Docket No. 24-8047, on appeal from:

RE:  Atlas Data Privacy Corp. v. Civil Data Research, LLC
     Civil Action No.: 24-4143
RE:  Atlas Data Privacy Corp. V. Digital Safety Products, LLC,
     et al.
     Civil Action No: 24-4141
RE:  Atlas Data Privacy Corp v. Scalable Commerce, LLC, National
     Data Analytics, LLC, et al.
     Current Docket No.: CV 24-4160 (HB)
```

Dear Sir or Madam:

　　I represent the Defendants-Petitioners in the above referenced matters. Please allow this letter to confirm that the appellate filing fees were paid in all three cases on March 20, 2025. Copies of the receipts are enclosed herein. Thank you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Eric H. Lubin

　　　　　　　　　　　　　　　　　　ERIC H. LUBIN

Enclosures

Generated: Mar 20, 2025 3:41PM

Page 1/1



# U.S. District Court

## New Jersey District - Newark

Receipt Date: Mar 20, 2025 3:41PM

ERIC LUBAN
4 PARAGON WAY
STE 100
FREEHOLD , NJ 07728

Rcpt. No: 51684    Trans. Date: Mar 20, 2025 3:41PM    Cashier ID: #BaKe (5129)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt      |
|----|-------------|----------|
| CC | Credit Card | $605.00  |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

**Comments:** 1:24-cv-04143

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Generated: Mar 20, 2025 3:41PM

Page 1/1



# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 20, 2025 3:41PM

ERIC LUBAN
4 PARAGON WAY
STE 100
FREEHOLD, NJ 07728

Rcpt. No: 51683  Trans. Date: Mar 20, 2025 3:41PM  Cashier ID: #BaKe (5129)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $605.00 |
| | | | | Total Due Prior to Payment: | $605.00 |
| | | | | Total Tendered: | $605.00 |

**Comments:** 1:24-cv-04141-HB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Generated: Mar 20, 2025 3:38PM

Page 1/1



# U.S. District Court

## New Jersey District - Newark

Receipt Date: Mar 20, 2025 3:38PM

ERIC LUBAN
4 PARAGON WAY
STE 100
FREEHOLD , NJ 07728

Rcpt. No: 51682    Trans. Date: Mar 20, 2025 3:38PM    Cashier ID: #BaKe (5129)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt |
|----|-------------|-----|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

**Comments:** 1:24-cv-04160-HB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.