# Buchanan

**Samantha L. Southall**
215 665 3884
samantha.southall@bipc.com

50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
T 215 665 8700
F 215 665 8760

March 21, 2025

**BY CM/ECF**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re: *Atlas Data Privacy Corp, et al. v. Innovis Data Solutions, Inc., et al.,* No. 24-8047
       (District of New Jersey No. 1:24-cv-04256)

Dear Sir or Madam:

    This firm represents defendants I represent Defendants Zillow, Inc. and Zillow Group, Inc. in the above referenced matter.

    In accordance with the Order and Notice entered by the Court on March 18, 2025 granting the Petition for Permission to Appeal, please accept this letter as written confirmation that the appellate filing fee of $605 was paid by Zillow to the U.S. District Court for the District of New Jersey on March 21, 2025. A copy of the payment receipt is enclosed herewith for the Court's convenience.

    If you or your office have further questions, please do not hesitate to contact me.

                          Respectfully submitted,

                          */s/ Samantha L. Southall*
                          Samantha L. Southall

cc:  Counsel of record (via ECF)



# U.S. District Court

## New Jersey District - Newark

Receipt Date: Mar 21, 2025 10:36AM

BUCHANAN INGERSOL & ROONEY, P.C.
501 GRANT STREET
SUITE 200
PITTSBURGH, PA 15219

Rcpt. No: 51686              Trans. Date: Mar 21, 2025 10:36AM              Cashier ID: #BL (3246)

| CD  | Purpose                        | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|--------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

**Comments**: 1-24-CV-004256

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.