# GreenspoonMarder LLP

Kelly Purcaro, Partner
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

March 20, 2025

**VIA ECF**
Office of the Clerk
Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1790

> Re:  ***Atlas Data Privacy Corp., et al. v. Joy Rockwell Enterprises, Inc., et al.***
> **Case No. 24-8047 (3d Cir.)**
> **D.N.J. No. 1:24-cv-04389-HB**

Dear Clerk of Court:

This firm represents Defendant-Petitioner Joy Rockwell Enterprises, Inc. ("Joy Rockwell") in the above-referenced matter. In accordance with the Hon Stephanos Bibas' March 18, 2025 Order and Notice granting the Petition for Permission to Appeal in the above-referenced case, please accept this letter as written confirmation that, on March 20, 2025, Joy Rockwell paid the appellate filing/docketing fee of $605.00. Attached hereto please find a copy of receipt no. 51687 from the United States District Court reflecting such payment.

Respectfully submitted,

*/s/ Kelly M. Purcaro*

KELLY PURCARO

cc: All Counsel of Record (*Via ECF*)