# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

Phone:   (609) 750-2646
Fax:     (609) 897-7286
Email:   stephen.orlofsky@blankrome.com

March 21, 2025

**VIA ELECTRONIC COURT FILING SYSTEM**

Clerk of Court
United States Court of Appeals, Third Circuit
21400 U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

   Re: *Atlas Data Privacy corporation, et al., v. We Inform, LLC, et al.,*
     Case Number 24-8047

Dear Clerk:

  We represent Appellant Belles Camp Communications, Inc. in the above-captioned proceeding ("Belles"). In accordance with this Court's Order dated March 18, 2025, please accept this letter as written confirmation that Belles has paid the filing and docketing fee of $605.00 to the United States District Court for the District of New Jersey on March 21, 2025. A copy of the payment receipt number 143191 is attached for the Court's convenience.

           Respectfully submitted,

          *s/ Stephen M. Orlofsky*

          Stephen M. Orlofsky

SMO:smh
Enclosure

cc: All Counsel Record (*Via Electronic Court Filing System*)

153519752



# U.S. District Court

### New Jersey District - Trenton

**THIS IS A COPY**

Receipt Date: Mar 21, 2025 11:38AM

BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
SUSAN HASSETT
PHILADELPHIA , PA 19103

Rcpt. No: 143191                Trans. Date: Mar 21, 2025 11:38AM                Cashier ID: #SS (3245)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

**Comments**: ATLAS APPEAL ; 1:24-cv-04949-HB ATLAS DATA PRIVACY CORPORATION et al v. BELLES CAMP COMMUNICATIONS, INC. et al

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.