**GreenspoonMarder** LLP

Kelly Purcaro, Partner
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

March 21, 2025

**<u>VIA ECF</u>**
Office of the Clerk
Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1790

    Re:    ***Atlas Data Privacy Corp., et al v. US Data Corporation, et al***
                **Case No. 24-8047 (3d Cir.)**
                **D.N.J. No. 1:24-CV-07324-HB**

Dear Clerk of Court:

    This firm represents Defendant-Petitioner US Data Corporation ("US Data") in the above-referenced matter. In accordance with the Hon Stephanos Bibas' March 18, 2025 Order and Notice granting the Petition for Permission to Appeal in the above-referenced case, please accept this letter as written confirmation that, on March 21, 2025, US Data paid the appellate filing/docketing fee of $605.00. Attached hereto please find a copy of receipt no. 51693 from the United States District Court reflecting such payment.

                                    Respectfully submitted,

                                    */s/ Kelly B. Purcaro*

                                    KELLY PURCARO

cc: All Counsel of Record (*Via ECF*)



# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 21, 2025 10:59AM

MELODY LANGLEY
100 NORTHWEST 62ND STREET
SUITE 700
FT. LAUDERDALE, FL 33309

Rcpt. No: 51693       Trans. Date: Mar 21, 2025 10:59AM       Cashier ID: #BL (3246)

| CD  | Purpose                     | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-----------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                    | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

**Comments**: 1-24-CV-007324 NOA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.