

Richard J.L. Lomuscio
**PARTNER**
OFFICE: 646.883.7471

richard.lomuscio@stinson.com

*Via Electronic Filing System*

March 21, 2025

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: *Atlas Data Privacy Corp., et al v. i360, LLC, et al.* (No. 24-8047)
(on appeal from D.N.J. Civil Action No. 1:24-cv-04345)

Dear Clerk of the Court:

In accordance with the Order and Notice entered by the Court on March 18, 2025, granting the Petition for Permission to Appeal in the above-referenced case, please accept this letter as written confirmation that the appellate docketing and filing fee of $605 was paid by Defendant-Petitioner i360, LLC to the U.S. District Court for the District of New Jersey on March 20, 2025, receipt number 143172.

Respectfully submitted,

*/s/ Richard J.L. Lomuscio*

Richard J.L. Lomuscio

cc: Counsel of Record (*via* ECF)