**quinn emanuel** trial lawyers | new york

1300 I Street, Suite 900, Washington, D.C. 20005 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**derekshaffer@quinnemanuel.com**

March 21, 2025

**VIA ECF**

Office of the Clerk
Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1790

Re:   *Atlas Data Privacy Corp., et al v. Yardi Systems, Inc., et al*
      Case No. 24-8047 (3rd Cir.)
      D.N.J. No. 1:24-cv-04096

Dear Clerk of Court:

This firm represents Defendant Yardi Systems, Inc. ("Yardi") in the above-referenced matter. In accordance with the Order and Notice entered by the Court on March 18, 2025, granting the Petition for Permission to Appeal in the above-referenced case, please accept this letter as written confirmation that the appellate docketing and filing fee of $605 was paid by Defendant-Petitioner Yardi to the U.S. District Court for the District of New Jersey on March 20, 2025, receipt number ANJDC-16106501.

                                              Respectfully submitted,

                                                /s/ Derek L. Shaffer
                                              Derek L. Shaffer

*encls.*
cc:   All counsel of record *(via ECF)*