

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
**tel** 914.353.3850 • **fax** 914.353.3851 • www.wshblaw.com

**Jared K. Levy**
**direct dial** 914.353.3859
**email** jlevy@wshblaw.com
**refer to** Atlas

March 21, 2025

*VIA CM/ECF*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    ***Atlas Data Privacy Corp., et al v. Compact Information Systems, LLC, et al* – No. 24-8047**
             **(District of New Jersey  Case No. 1:24-cv-08451)**

Dear Sir/Madam:

This firm represents Defendants, Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group in the above-referenced matter.

In accordance with the Order and Notice entered by the Court on March 18, 2025 granting the Petition for Permission to Appeal, please accept this letter as written confirmation that Defendants have paid the filing and docketing fee of $605.00 to the U.S. District Court for the District of New Jersey on March 21, 2025.  A copy of the payment receipt is enclosed.

Should you have any questions, please feel free to contact me.

Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
     JARED K. LEVY

JKL:hch\Enclosure



# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 21, 2025 2:28PM

JARED LEVY
10960 WILSHIRE BLVD
18TH FLOOR
LOS ANGELES, CA 90024

Rcpt. No: 51696　　　　　Trans. Date: Mar 21, 2025 2:28PM　　　　　Cashier ID: #BL (3246)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $605.00 |
| | | | | Total Due Prior to Payment: | $605.00 |
| | | | | Total Tendered: | $605.00 |

**Comments**: 1-24-CV-008451 NOA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.