# manatt

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

March 24, 2025

Client-Matter: 71680-030

**BY ECF**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1790

    Re:    ***Atlas Data Privacy Corp., et al. v. Smarty, LLC., et al.***
              **No. 24-8047 (D.N.J. No. 1:24-cv-08075-HB)**

Dear Clerk of the Court:

We are counsel for petitioner/appellant Smarty, LLC *d/b/a* SmartyStreets, LLC ("Smarty") in the above-referenced matter.

In accordance with the Court's Order granting Smarty permission to appeal under 28 U.S.C. § 1292(b), we write to confirm that on March 20, 2025, Smarty paid the docketing and filing fees to the United States District Court for the District of New Jersey (Receipt No. ANJDC-16107441).

We thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            MANATT, PHELPS & PHILLIPS, LLP

                                            /s/ *Kenneth D. Friedman*

                                            By:  Kenneth D. Friedman

cc:    All Counsel of Record (via ECF)

7 Times Square, New York, New York  10036  Telephone:  212.790.4500  Fax:  212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.