

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   WASHINGTON, D.C.
CHICAGO   CLEVELAND   DAYTON   NEW YORK

March 24, 2025

**<u>Via ECF</u>**

Office of the Clerk
Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

   Re: *Atlas Data Privacy Corporation, et al. v. Fortnoff Financial, LLC, et al.*
     Case No. 24-8047 (3rd Cir.)
     D.N.J. No. 1:24-cv-04390-HB

Dear Clerk:

This firm represents Defendant Fortnoff Financial, LLC ("Fortnoff") in the above-referenced matter. In accordance with the Order and Notice entered by the Court on March 18, 2025, granting the Petition for Permission to Appeal in the above-referenced case, please accept this letter as written confirmation that the appellate docketing and filing fee of $605 was paid by Defendant-Petitioner Fortnoff to the U.S. District Court for the District of New Jersey on March 24, 2025, receipt number 143193. A copy of the payment receipt is attached for the Court's convenience.

Respectfully submitted,

*/s/ J. Timothy McDonald*

J. Timothy McDonald

cc: All Counsel of Record *(via ECF)*
Attachment

Tim.McDonald@thompsonhine.com   Fax: 404.541.2905   Phone: 404.407.3623

THOMPSON HINE LLP
ATTORNEYS AT LAW
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266
www.ThompsonHine.com
Phone: 404.541.2900
Fax: 404.541.2905



# U.S. District Court

### New Jersey District - Trenton

**THIS IS A COPY**

Receipt Date: Mar 24, 2025 11:49AM

ALAN LUFKIN
127 PUBLIC SQUARE
3900 KEY CENTER
CLEVELAND, OH 44114

Rcpt. No: 143193    Trans. Date: Mar 24, 2025 11:49AM    Cashier ID: #SS (3245)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

**Comments**: ATLAS APPEAL 24-4390 ; 1:24-cv-04390-HB ATLAS DATA PRIVACY CORPORATION et al v. FORTNOFF FINANCIAL, LLC et al

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.