

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 202 736 8477
ARAUL@SIDLEY.COM

March 24, 2025

**<u>Via Electronic Filing</u>**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

  Re: *Atlas Data Privacy Corp. Litigation v. We Inform LLC, et al.*, No. 24-8047
    (on appeal from D.N.J. Civil Action No. 1:24-cv-4392-HB)

Dear Sir or Madam:

  This firm represents defendant MyHeritage Ltd. in the above-referenced matter. In accordance with the Order and Notice entered by the Court on March 18, 2025, granting the Petition for Permission to Appeal (*see* Document 22-1 and 22-2), please accept this letter as written confirmation that the appellate filing fee of $605 was paid by MyHeritage to the U.S. District Court for the District of New Jersey on March 24, 2025. A copy of the payment receipt is enclosed.

            Sincerely,

            Alan Charles Raul
            Senior Counsel

Enclosure

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 24, 2025 10:41AM

NICK LAGAMANN
348 PROSPECT ST
GLENN ROCK, NJ 07452

Rcpt. No: 51704　　　　Trans. Date: Mar 24, 2025 10:41AM　　　　Cashier ID: #BaKe (5129)

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

**Comments**: CASE NO. 1:24-cv-04392

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.