

# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 25, 2025 10:56AM

NEW YORK DOCKET  
620 8TH AVE  
NEW YORK, NY 10018

Rcpt. No: 51718                Trans. Date: Mar 25, 2025 10:56AM                Cashier ID: #BL (3246)

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                    | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

**Comments**: 1-24-CV-4041 NOA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.