

# U.S. District Court

### New Jersey District - Newark

**THIS IS A COPY**

Receipt Date: Mar 25, 2025 10:55AM

NEW YORK DOCKET
620 8TH AVE
NEW YORK, NY 10018

Rcpt. No: 51717　　　　Trans. Date: Mar 25, 2025 10:55AM　　　　Cashier ID: #BL (3246)

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

**Comments:** 1-24-CV-4045 NOA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.