

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
609.454.0096

March 25, 2025

**BY ECF**

Clerk of Court
United States Court of Appeals For the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**     ***Atlas Data Privacy Corporation, et al v. Accurate Append, Inc., et al***
        **Case No. 24-8047**
        **Grant of Permission to Appeal**

Dear Sir/Madam:

This firm represents the defendant Accurate Append, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant's filing, and docketing fees have been paid in the United States District Court for New Jersey, Case No. 1:24-cv-04178. Attached hereto is the receipt for payment of the docketing fees.

Respectfully submitted,


*/s/ John E. MacDonald*

John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team



# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 21, 2025 3:30PM

ALLEGRA SHAFFER
230 PEACHTREE STREET NW
SUITE 2400
ATALNTA, GA 30303

Rcpt. No: 51700                    Trans. Date: Mar 21, 2025 3:30PM                    Cashier ID: #BL (3246)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

**Comments**: 1-24-CV-004178 NOA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.