

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
609.454.0096

March 25, 2025

**BY ECF**

Clerk of Court
United States Court of Appeals For the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**     ***Atlas Data Privacy Corporation, et al v. Restoration of America, et al***
        **Case No. 24-8047**
        **Grant of Permission to Appeal**

Dear Sir/Madam:

This firm represents defendants Restoration of America (ROA) and Voter Reference Foundation (VRF) (together "Defendants") in the above-referenced matter. We write to advise the Court that Defendants' filing, and docketing fees have been paid in the United States District Court for New Jersey, Case No. 1:24-cv-04324. Attached hereto is the receipt for payment of the docketing fees.

Respectfully submitted,


*/s/ John E. MacDonald*

John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team

Alabama   Arkansas   California   Colorado   District of Columbia   Florida   Georgia   Illinois
Indiana   Maryland   Massachusetts   Minnesota   Missouri   New Jersey   New York
North Carolina   Oregon   Pennsylvania   South Carolina   Tennessee   Texas   Virginia   Washington
12596670v1



# U.S. District Court

### New Jersey District - Newark

Receipt Date: Mar 21, 2025 3:32PM

ALLEGRA SHAFFER
230 PEACHTREE STREET NW
SUITE 2400
ATALNTA, GA 30303

Rcpt. No: 51701              Trans. Date: Mar 21, 2025 3:32PM              Cashier ID: #BL (3246)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

**Comments**: 1-24-CV-4324 NOA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.