CLAIR WISCHUSEN
PARTNER
DIRECT DIAL: (703) 650-7030
EMAIL: CWISCHUSEN@GRSM.COM



ATTORNEYS AT LAW
277 S. WASHINGTON STREET SUITE 550
ALEXANDRIA, VA 22314
WWW.GRSM.COM

March 26, 2025

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    Atlas Data Privacy Corp, et al. v. Quantarium Alliance, LLC et. al.
            No. 24-8047 (D.N.J. No 1:24-cv-04098)

Dear Clerk of the Court:

    This firm represents Quantarium Alliance, LLC and Quantarium Group, LLC ("Quantarium') in the above referenced matter. Pursuant to the Court's Order granting Quantarium permission to appeal under 28 U.S.C. § 1292(b), I write to confirm that Quantarium has paid the docketing and filing fees to the U.S. District Court for the District of New Jersey (receipt no. TRE 143259). I thank the Court for its time and attention to this matter.

                              Respectfully submitted,

                              Clair Wischusen

CW: