

Lewis Brisbois Bisgaard & Smith LLP
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102

March 26, 2025          File No. 56530.2

**VIA ECF**

Office of the Clerk
United States Court of Appeals for the
Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:     ATLAS DATA PRIVACY CORP., et al v. SYNAPTIX TECHNOLOGY, LLC, et al.
             No. 24-8047 (D.N.J. No. 1:24-cv-4385-HB)

Dear Sir/Madam:

    This firm represents Synaptix Technology, LLC in the above-referenced matter. We are writing to inform the Court that Synaptix has paid the docketing and filing fees to the United States District Court for the District of New Jersey (Receipt No. 51725). Attached is the receipt confirming payment of the required fees.

                                           Respectfully submitted,

                                           */s/ Melissa Lang*

                                           Melissa Lang of
                                           LEWIS BRISBOIS BISGAARD &
                                           SMITH LLP

ML: MSA

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
154782645.1



# U.S. District Court

## New Jersey District - Newark

Receipt Date: Mar 26, 2025 10:48AM

CHRISTINE HINES
1 RIVERFRONT PLZ
STE 800
NEWARK, NJ 07102

Rcpt No: 51725     Trans. Date: Mar 26, 2025 10:48AM     Cashier ID: #BaKe (5129)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

**Comments**: NOA CASE NO. 1:24-cv-04385

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.